IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Burnett, Gennean A | Case Number: 07 B 00414 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 1/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: February 25, 2009
Confirmed: March 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,628.00 | |
| Secured: | | 8,000.17 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,954.00 |
| Trustee Fee: | | 673.83 |
| Other Funds: | | 0.00 |
| Totals: | 11,628.00 | 11,628.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,954.00 | 2,954.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Honda Finance Services | Secured | 13,906.76 | 6,388.61 |
| 6. | Monterey Financial Services | Secured | 344.35 | 344.35 |
| 7. | Great American Finance Company | Secured | 1,598.96 | 751.92 |
| 8. | Washington Mutual Bank FA | Secured | 11,067.41 | 0.00 |
| 9. | Ocwen Federal Bank FSB | Secured | 3,115.32 | 515.29 |
| 10. | RJM Acquisitions LLC | Unsecured | 3.91 | 0.00 |
| 11. | Honda Finance Services | Unsecured | 0.00 | 0.00 |
| 12. | B-Line LLC | Unsecured | 57.89 | 0.00 |
| 13. | Great American Finance Company | Unsecured | 64.07 | 0.00 |
| 14. | Sprint Nextel | Unsecured | 14.83 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 32.93 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 23.69 | 0.00 |
| 17. | Exxon Mobil | Unsecured | 21.12 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 54.25 | 0.00 |
| 19. | Nicor Gas | Unsecured | 42.78 | 0.00 |
| 20. | Amex | Unsecured | | No Claim Filed |
| 21. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 22. | Ameritech FACC Illinois | Unsecured | | No Claim Filed |
| 23. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 24. | AT&T Broadband | Unsecured | | No Claim Filed |
| 25. | Bally's Health Club | Unsecured | | No Claim Filed |
| 26. | CitiMortgage Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Burnett, Gennean A | Case Number: 07 B 00414 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 1/10/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Cross Country Bank | Unsecured | | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. | First Premier | Unsecured | | No Claim Filed |
| 30. | University of Chicago | Unsecured | | No Claim Filed |
| 31. | Oral Pathology | Unsecured | | No Claim Filed |
| 32. | Oral Surgery Center | Unsecured | | No Claim Filed |
| 33. | First National Credit Card | Unsecured | | No Claim Filed |
| 34. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 35. | Great American Finance Company | Unsecured | | No Claim Filed |
| | | | $ 33,302.27 | $ 10,954.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 25.78 |
| 5.4% | 366.64 |
| 6.5% | 158.01 |
| 6.6% | 123.40 |
| | $ 673.83 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: